BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Defendants Gamberg, Harnden
and Jimenez
SA2005302079

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GODFREY L. EVANS,**<br><br>Plaintiff,<br><br>v.<br><br>**M. JIMENEZ, et al.,**<br><br>Defendants. | NO. CIV S-04-2705 DFL KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

The first request for an extension of time to file a responsive pleading made by defendants Gamberg, Harnden and Jimenez has been considered by the Court, and good cause appearing, defendants' request is granted.

IT IS HEREBY ORDERED that the responsive pleading of defendants Gamberg, Harnden and Jimenez is due no later than January 18, 2006.

DATED: December 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE