IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GODFREY L. EVANS,

        Plaintiff,                    No. CIV S-04-2705 DFL KJM P

    vs.

M. JIMENEZ, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 10, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff filed objections to the findings and recommendations. With his objections, plaintiff presented evidence not included in his opposition to defendants' motion to dismiss. The court has discretion to consider this evidence. <u>Jones v. Blanas</u>, 393 F.3d 918, 935 (9th Cir. 2004). The court will consider plaintiff's supplemental declaration due to his pro se status and because he appears to have made a good faith error regarding the scope of the court's review in the present motion. The

1

supplemental declaration, if accepted as true, could excuse plaintiff's failure to exhaust due to prison official misconduct. Because defendants must prove the absence of exhaustion to raise their present defense, <u>Wyatt v. Terhune</u>, 315 F.3d 1108, 1119 (9th Cir. 2003), the declaration may provide grounds for plaintiff to defeat the motion to dismiss. Therefore, the motion will be denied without prejudice to defendants renewing the motion and responding to plaintiff's new claims.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court declines to adopt the findings and recommendations. The motion to dismiss is DENIED without prejudice to its renewal.

DATED: 9/29/2006

_____
DAVID F. LEVI
United States District Judge