IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GODFREY L. EVANS,** | 2:04-cv-2705 DFL KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS; MODIFICATION OF SCHEDULING ORDER** |
| v. | |
| **M. JIMENEZ, et al.,** | |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN,** defendants are granted an additional forty-five days, to and including March 19, 2007, within which to serve responses to plaintiff's discovery requests. The Scheduling Order filed on October 26, 2006, is modified as follows:

1. Any motions to compel discovery shall be filed by April 16, 2007.

2. Pretrial motions shall be filed by May 18, 2007.

3. All other dates remain as previously set.

Dated: February 8, 2007.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1