IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GODFREY L. EVANS,

    Plaintiff,          No. CIV S-04-2705 DFL KJM P

  vs.

M. JIMENEZ, et al.,

    Defendants.         <u>ORDER</u>

_____/

      Plaintiff has filed a motion asking that the court extend the discovery cut off. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's April 17, 2007 motion for an extension of time is granted.

      2. Discovery shall close on June 1, 2007. Any motion to compel shall be filed by that date.

      3. All pretrial motions must be filed by July 1, 2007.

      4. All other dates on the court's October 26, 2006 scheduling order remain in effect.

DATED: April 24, 2007.

                                                       U.S. MAGISTRATE JUDGE

1/evan2705.36

1