IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GODFREY EVANS,

    Plaintiff,               No. CIV S-04-2705 RRB KJM P

  vs.

M. JIMENEZ, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff has filed a request for modification of the scheduling order. Good cause appearing, IT IS HEREBY ORDERED that the dates established in the scheduling order for the filing of pretrial statements, pretrial conference and trial are vacated. Those dates will be reset, if necessary, after the court rules on defendants' motion for summary judgment.

DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

1
evan2705.vac