IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GODFREY L. EVANS,

        Plaintiff,                    No. CIV S-04-2705 RRB KJM P

   vs.

M. JIMENEZ, et al.,

        Defendants.         <u>ORDER</u>

/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' July 2, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's July 23, 2007 application for an extension of time is granted; and

       2. Plaintiff shall file and serve an opposition to defendants' July 2, 2007 motion for summary judgment on or before August 22, 2007.

DATED: August 2, 2007.

                                        U.S. MAGISTRATE JUDGE

/mp
evan2705.36(2)