IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GODFREY EVANS,

        Plaintiff,           No. CIV S-04-2705 RRB KJM P

    vs.

M. JIMENEZ, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve objections to the February 26, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (docket no. 54) is granted; and

        2. Plaintiff shall file objections to the February 26, 2008 findings and recommendations on or before April 21, 2008.

DATED: March 31, 2008.

                                        _____
                                        U.S. MAGISTRATE JUDGE

/mp
evan2705.36