IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GODFREY EVANS,

      Plaintiff,                   No. CIV S-04-2705 JAM KJM P

    vs.

M. JIMENEZ, et al.,

      Defendants.              ORDER

_____/

        Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 26, 2008, the magistrate judge filed findings and recommendations herein (Docket 53) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations (Docket 56).

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Docket No. 53), are adopted in full;
2. Defendants' motion for summary judgment (Docket No. 42) is granted; and
3. This case is closed.

IT IS SO ORDERED.

DATED: August 22, 2008

                                                  /s/ John A. Mendez
                                    UNITED STATES DISTRICT JUDGE

/evan2705.805